UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Case No.   4:10-CV-142-D

| | |
|---|---|
| MARK DANIEL LYTTLE, ) | |
| ) | **NOTICE OF APPEARANCE** |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| THE UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Defendants. ) | |

Now comes the undersigned counsel and notices all parties and/or counsel that pursuant to Local Rule 83.1(e), the undersigned represents Plaintiff in this action.  The undersigned counsel will represent Plaintiff as co-counsel with Jeremy L. McKinney, N.C. Bar No. 23318, of McKinney & Justice, P.A., who is serving as Cooperating Attorney for the American Civil Liberties Union.  Mr. McKinney remains designated "Lead Counsel" in these matters.  A list of the undersigned's court admissions is attached.

Respectfully submitted this 6th day of April, 2012,

/s/ Esha Bhandari
Esha Bhandari
Attorney
ACLU Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 284-7359
ebhandari@aclu.org

*With Co-Counsel:*

**MCKINNEY &JUSTICE, P.A.**
JEREMY L MCKINNEY
N.C. Bar No. 23318

jeremy@mckinneyandjustice.com
ANN MARIE DOOLEY
N.C. Bar No. 33895
annmarie@mckinneyandjustice.com
910 North Elm Street
Post Office Box 1800
Greensboro, North Carolina 27402
Tel: (336) 275-5885
Fax: (336) 275-6045

**TROUTMAN SANDERS LLP**
MICHAEL E. JOHNSON
G.A. Bar No. 395039
michael.johnson@troutmansanders.com
BRIAN P. WATT
G.A. Bar No. 741841
brian.watt@troutmansanders.com
ALEXANDRIA J. REYES
G.A. Bar No. 428936
alex.reyes@troutmansanders.com
Bank of America Plaza, Suite 5200
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2216
Tel: (404) 885-3000
Fax: (404) 885-3900

**AMERICAN CIVIL LIBERTIES UNION**
**OF NORTH CAROLINA LEGAL FOUNDATION**
KATHERINE LEWIS PARKER
N.C. Bar No. 36263
acluncklp@nc.rr.com
Post Office Box 28004
Raleigh, North Carolina 27611
Tel: (919) 834-3466
Fax: (866) 511-1344

**AMERICAN CIVIL LIBERTIES UNION**
**IMMIGRANTS' RIGHTS PROJECT**
JUDY RABINOVITZ
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2618
Fax: (212) 549-2654
jrabinovitz@aclu.org

## Court Admissions – Esha Bhandari

New York Bar 2nd Judicial Department
Bar Number: 4923140
Date of Admission: July 20, 2011
Status: Active

| Court | Date of Admission | Status |
|---|---|---|
| U.S. Court of Appeals, 9th Circuit | September 22, 2011 | Active |
| Southern District of New York | January 17, 2012 | Active |

# CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2012, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel:

| | |
|---|---|
| Michael E. Johnson<br>T: 404-885-3646<br>michael.johnson@troutmansanders.com<br><br>Alexandria J. Reyes<br>T: 404-885-3828<br>alex.reyes@troutmansanders.com<br><br>Brian P. Watt<br>T: 404-885-3203<br>brian.watt@troutmansanders.com<br><br>Ann Marie Brown Dooley<br>T: 336-275-5885<br>annmarie@mckinneyandjustice.com<br><br>Jeremy L McKinney<br>336-275-5885<br>jeremy@mckinneyandjustice.com<br><br>Judy Rabinovitz<br>T: 212-549-2618<br>jrabinovitz@aclu.org<br><br>Katherine Lewis Parker<br>T: 919-834-3466<br>acluncklp@nc.rr.com<br><br>*Counsel for Plaintiff* | David G. Cutler<br>T: 202-616-0674<br>david.g.cutler@usdoj.gov<br><br>James R. Whitman<br>T: 202-616-4169<br>james.whitman@usdoj.gov<br><br>*Counsel for Defendants United States of America, Dashanta Faucette, and Dean Caputo*<br><br>W. Ellis Boyle<br>T: 919-856-4121<br>ellis.boyle@usdoj.gov<br><br>*Counsel for Defendants United States of America, Dashanta Faucette, Dean Caputo, Robert Kendall, and ICE Does 1-10*<br><br>Joseph Finarelli<br>T: 919-716-6531<br>jfinarelli@ncdoj.gov<br><br>*Counsel for Defendants North Carolina Department of Correction, North Carolina Does 1-10, Marilyn Stephenson, and Mary Hines* |

Respectfully Submitted,

/s/ Esha Bhandari
Esha Bhandari