IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:10-CV-142-D

| | |
|---|---|
| MARK DANIEL LYTTLE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Defendants. ) | |

On July 27, 2012, the parties field a joint motion to stay [D.E. 87]. The parties state that they have agreed in principle to a settlement and need sixty days to draft the settlement documentation.

The parties have until September 14, 2012, to finalize the settlement agreement and file a stipulation and joint motion to dismiss all remaining claims with prejudice. The action is STAYED until September 14, 2012.

SO ORDERED. This **27** day of July 2012.

JAMES C. DEVER III
Chief United States District Judge