IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:10-CV-142-D

| | | |
|---|---|---|
| MARK DANIEL LYTTLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On July 27, 2012, this court granted the parties' motion to stay this case through and including September 14, 2012, to allow the parties to continue settlement discussions and finalize settlement documents [D.E. 88]. Plaintiff has moved to extend the stay for sixty (60) days, through and including November 13, 2012, to allow the parties to finalize certain provisions of the proposed settlement agreement. Counsel for the remaining defendants has consented to this request to extend the stay.

For good cause shown, the parties have until November 13, 2012, to finalize the settlement agreement and file a stipulation and joint motion to dismiss all remaining claims with prejudice. The action is hereby STAYED until November 13, 2012. All other pending motions [D.E. 49, 51, 81] are DENIED without prejudice and may be renewed if warranted.

SO ORDERED. This 1₂ day of September 2012.

JAMES C. DEVER III
Chief United States District Judge